JOHN PAPROTZKE, Respondent, v. GOTTLIEBA PAPROTZKE, Appellant.— Motion granted, unless the appellant shall file and serve the printed papers on appeal on or before February 10, 1927, and shall be ready to argue the appeal at the opening

of the March, 1927, term of this court.  Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.